NOTE: This disposition is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

**SOLARIA CORPORATION, SOLARIA INDIA PRIVATE LIMITED,**
*Plaintiffs-Appellants*

**v.**

**UNITED STATES,**
*Defendant-Appellee*

---

2016-1323

---

Appeal from the United States Court of Federal Claims in No. 1:13-cv-00949-SGB, Judge Susan G. Braden.

---

**JUDGMENT**

---

DONALD C. HOLMES, JR., Donald C. Holmes and Associates, P.A., Greensboro, MD, argued for plaintiffs-appellants. Also represented by MICHAEL JOSEPH TREVELLINE, Law Office of Michael Trevelline, Washington, DC.

DAVID ALAN LEVITT, Commercial Litigation Branch, Civil Division, United States Department of Justice, Washington, DC, argued for defendant-appellee. Also

represented by BENJAMIN C. MIZER, ROBERT E. KIRSCHMAN, JR., STEVEN J. GILLINGHAM.

_____

THIS CAUSE having been heard and considered, it is

ORDERED and ADJUDGED:

PER CURIAM (PROST, *Chief Judge,* LOURIE and MOORE, *Circuit Judges*).

**AFFIRMED.  *See* Fed. Cir. R. 36.**

ENTERED BY ORDER OF THE COURT

|   December 13, 2016   | /s/ Peter R. Marksteiner |
| :---: | :--- |
| Date | Peter R. Marksteiner |
|  | Clerk of Court |